IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JACK V. FREEMAN                                                                                    PLAINTIFF

v.                                    Civil No. 06- 3078

DONALD KOPENHAVER, Investigator;
JERRY LOGGINS, Sheriff;
ALVENDALE BOLEN, Transport
Officer; BRIAN STOCKTON,
Jail Administrator; and TOMMY PARKER,
Jailer at the Searcy County Jail                                                           DEFENDANTS

## ORDER

Jack V. Freeman, currently an inmate of the Stone County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. The complaint concerns a period of time when he was incarcerated at the Searcy County Jail. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, only the front page of the application was completed. He failed to complete the back page of the application including the certification regarding inmate funds held in his name. For this reason, the IFP application is being returned to him. Plaintiff is given until **January 30, 2007**, to either complete the application including having the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application**

-1-

AO72A
(Rev. 8/82)

dockets.Justia.com

or pay the $350 filing fee by January 30, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.

IT IS SO ORDERED this 27th day of December 2006.

*Beverly Stites Jones*
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 27 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

-2-

AO72A
(Rev. 8/82)