IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JACK V. FREEMAN                                              PLAINTIFF

v.                         CIVIL NO. 06-3078

DONALD KOPENHAVER, Investigator;
JERRY LOGGINS, Sheriff; ALVENDALE
BOLEN, Transport Officer; BRIAN STOCKTON,
Jail Administrator; and TOMMY PARKER,
Jailor                                              DEFENDANTS

## **ORDER**

       As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before July 23, 2007. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

       IT IS SO ORDERED this 4th day of May 2007.


                                                             /s/ *J. Marschewski*
                                                          HON. JAMES R. MARSCHEWSKI
                                                          UNITED STATES MAGISTRATE JUDGE