**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**JACK V. FREEMAN**                                                  **PLAINTIFF**

**v.**                         **Civil No. 06-3078**

**DONALD KOPENHAVER, Investigator;**
**JERRY LOGGINS, Sheriff; ALVENDALE**
**BOLEN, Transport Officer; BRIAN**
**STOCKTON, Jail Administrator; and**
**TOMMY PARKER, Jailer**                          **DEFENDANTS**

**O R D E R**

Now on this 30th day of November, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, James R. Marschewski** (document #20, filed September 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                     **/s/Jimm Larry Hendren**
                                                     HON. JIMM LARRY HENDREN
                                                     UNITED STATES DISTRICT JUDGE